IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WATERMARK SOLID SURFACE, INC. | ) | |
| | ) | No. 3-07-0993 |
| v. | ) | |
| | ) | |
| STA-CARE, INC. | ) | |

O R D E R

On February 14, 2008, the defendant filed a motion to transfer this case to the United States District Court for the Western District of Wisconsin (Docket Entry No. 37).

As provided in the order entered January 31, 2008 (Docket Entry No. 32), the plaintiff shall have until February 28, 2008, to file a response to the motion. The defendant shall have one (1) week from the filing of the response or until March 6, 2008, if the response is filed on February 28, 2008, to file a reply, if necessary.

No other filings in support of or in opposition to the pending motion to transfer venue shall be made except with the express permission of the Honorable Robert L. Echols.

There shall be no stay of discovery pending the resolution of the defendant's motion to transfer venue, and all deadlines provided in the orders entered January 29, 2008 (Docket Entry Nos. 29-30), as well as the May 1, 2008, telephone conference call with the Court, as scheduled in the January 31, 2008, order, remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge