UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WATERMARK SOLID SURFACE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-0993 |
| ) | Judge Echols |
| STA-CARE, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Sta-Care Inc.'s Motion to Transfer Venue (Docket Entry No. 37) is hereby GRANTED. The Clerk of the Court is hereby directed to TRANSFER this case to the United States District Court for the Western District of Wisconsin.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE